PER CURIAM.
We conclude that the trial court did not abuse its discretion in denying the motion of appellant-third party defendant to dismiss on the grounds of improper venue. See, Dorr-Oliver, Inc. v. Linder Industrial Machinery Company, Fla.App.1972, 263 So.2d 237; United States v. Acord, 10 Cir. 1954, 209 F.2d 709, cert. denied, 347 U.S. 975, 74 S.Ct. 786, 98 L.Ed. 1115; McGrath v. Lund’s Fisheries, D.Del.1959, 170 F. Supp. 173; 6 Wright and Miller, Federal Practice and Procedure, Section 1445 (1971); 3 Moore, Federal Practice, Section 14.28(2), (2nd ed. 1974).
Affirmed.
OWEN, C. J., and WALDEN and CROSS, JJ., concur.